IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLORIA HILL,<br><br>   Plaintiff,<br><br>vs.<br><br>U.S. BANK HOME MORTGAGE, JOE VASCO, and 100 YEAR HOMES, INC.,<br><br>   Defendants. | **8:25CV385**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on a document docketed as a "response" consisting solely of a new civil complaint (the "New Complaint"), Filing No. 10, and a civil cover sheet, Filing No. 10-1, both filed by Plaintiff Gloria Hill on March 31, 2026.  As Plaintiff's New Complaint was filed without any explanation or discussion, this Court construes Plaintiff's New Complaint as an attempt to reopen and amend her initial complaint, Filing 1, which was dismissed in its entirety via this Court's March 4, 2026, Memorandum and Order, *see* Filing No. 8.

This matter was dismissed with prejudice as to certain claims and without prejudice to the remaining claims and has been closed.  *See* Filing Nos. 8 & 9.  As Plaintiff does not explain why she filed her New Complaint into this case (instead of opening a new case as she has done many times before), or provide any basis for this Court to consider the New Complaint in the context of this case, the Court shall not guess as to Plaintiff's intentions and shall not further address the New Complaint within this dismissed case.

If Plaintiff wishes to pursue her claims raised in her New Complaint, then she must file a new civil complaint, which the Court will docket in a new case.  To be clear, any new civil complaint Plaintiff files must be mailed or hand-delivered to the Clerk of the Court as

Plaintiff would not be able to electronically file a new case but instead would have to request e-filing access in the new case after the case is on file.  If Plaintiff elects to file the New Complaint as a new case she must also either submit the $405.00 filing and administrative fees to the Clerk's office or submit a new request to proceed in forma pauperis.

IT IS THEREFORE ORDERED that:

1.      This matter is closed and Plaintiff should refrain from filing further materials in this case with the exception of appeal documents.

2.      Plaintiff must file her New Complaint in a new civil case if she wishes to pursue any of her claims raised in or related to her original Complaint.  Plaintiff must also file her New Complaint in a new case for any other claims she may wish to raise against new parties.

3.      The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

Dated this 2nd day of April, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court